Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendants
KEYSIGHT TECHNOLOGIES, INC. and
EGGPLANT SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEYSIGHT TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-01665-EMC<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:    March 9, 2021<br><br>Honorable Judge Edward M. Chen |

1  Pursuant to the Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Plaintiff
2  Software Research, Inc. and Defendants Keysight Technologies, Inc. and Eggplant Software, Inc.
3  (collectively, "Defendants"), through their respective counsel, hereby stipulate that Defendants' time
4  to answer or otherwise respond to the Complaint shall be further extended to and including May 21,
5  2021.  This further extension does not alter the date of any event or any deadline already fixed by the
6  Court.

7

8  DATED:  May 6, 2021.                By: /s/ *Jonah D. Mitchell*
                                             Jonah D. Mitchell (SBN 203511)
9                                            Email: jmitchell@reedsmith.com
                                             Seth B. Herring (SBN 253907)
10                                           Email: sherring@reedsmith.com
                                             **REED SMITH LLP**
11                                           101 Second Street, Suite 1800
                                             San Francisco, CA  94105-3659
12                                           Telephone: (415) 543-8700
                                             Facsimile: (415) 391-8269
13
                                             *Attorneys for Defendants*
14                                           *KEYSIGHT TECHNOLOGIES, INC. and*
                                             *EGGPLANT SOFTWARE, INC.*
15

16

17 DATED:  May 6, 2021.                By: /s/ *Benjamin L. Singer*
                                             Benjamin L. Singer (Bar. No. 264295)
18                                           Email: bsinger@singercashman.com
                                             Evan N. Budaj (Bar No. 271213)
19                                           Email: ebudaj@singercashman.com
                                             **SINGER CASHMAN LLP**
20                                           505 Montgomery Street, Suite 1100
                                             San Francisco, California 94111
21                                           Telephone: (415) 500-6080
                                             Facsimile: (415) 500-6080
22
                                             *Attorneys for Plaintiff*
23                                           *SOFTWARE RESEARCH, INC.*

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 3:21-cv-01665-EMC   – 1 –   US_ACTIVE-159314732.1-JMITCHELL
STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT

## ATTESTATION OF CONCURRENCE

I, Jonah D. Mitchell, attest that I am the attorney for Keysight Technologies, Inc. and Eggplant Software, Inc., and as the ECF user and filer of this document, I attest that, pursuant to the United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from counsel for Plaintiff Software Research, Inc.

Dated: May 6, 2021                              By: /s/ *Jonah D. Mitchell*
                                                    Jonah D. Mitchell